

# THE SUPREME COURT OF TEXAS

**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Friday, May 19, 2023

Mr. Murray J. Fogler
Fogler, Brar, O'Neil & Gray, LLP
Two Houston Center
909 Fannin Street, Suite 1640
Houston, TX 77010-1018
* DELIVERED VIA E-MAIL *

Mr. Dylan B. Russell
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
* DELIVERED VIA E-MAIL *

RE:     Case Number:  21-0437
        Court of Appeals Number:  12-20-00172-CV
        Trial Court Number:  2020-03028

Style:  USA LENDING GROUP, INC.
        v.
        WINSTEAD PC AND JAMES RUIZ

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     District Clerk Harris County (DELIVERED VIA E-MAIL)
        Katrina L. McClenny (DELIVERED VIA E-MAIL)
        Mr. David E. Kassab (DELIVERED VIA E-MAIL)
        Ms. Robin O'Neil (DELIVERED VIA E-MAIL)
        Mr. Lance C. Kassab (DELIVERED VIA E-MAIL)